**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JRK LANDSCAPING & LAWN SERVICE, INC | § | Case No. 10-55699 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/17/2010 . The undersigned trustee was appointed on 12/17/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 161,233.03

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,854.14 |
| Bank service fees | 2,169.23 |
| Other payments to creditors | 7,948.51 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 138,261.15 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/13/2011 and the deadline for filing governmental claims was 06/13/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,998.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,998.09 , for a total compensation of $ 9,998.09 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 55.73 , for total expenses of $ 55.73 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2013

By:/s/Peter N. Metrou, Trustee
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 10-55699 BWB Judge: BRUCE W. BLACK
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Date Filed (f) or Converted (c): 12/17/10 (f)
341(a) Meeting Date: 01/10/11
Claims Bar Date: 06/13/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account with First Midwest Bank<br>Listed on Sch. B | 3,000.00 | 57,781.42 | | 57,781.42 | FA |
| 2. Various accounts receivables<br>Listed on Sch. B. and other accounts receivables collected that were not listed. | 30,000.00 | 48,152.76 | | 48,152.76 | FA |
| 3. 1999 Chevy 2500<br>Listed on Sch. B. | 1,000.00 | 1,000.00 | | 1,400.00 | FA |
| 4. 2001 Ford F-150<br>Listed on Sch. B. | 1,000.00 | 1,000.00 | | 1,100.00 | FA |
| 5. 2005 Ford Escape<br>Listed on Sch. B. | 6,000.00 | 0.00 | | 0.00 | FA |
| 6. 2006 Chevy Silverado<br>Funds turned over to estate after auction of vehicle by creditor. | 10,000.00 | 4,205.80 | | 4,205.80 | FA |
| 7. 2006 F3500 1.5 Ton Dump Truck Silverado<br>Listed on Sch. B. | 8,800.00 | 0.00 | | 12,500.00 | FA |
| 8. 3 Trailers (2007 Amer, 2006 Winston, 2005 Amer)<br>Listed on Sch. B. | 3,000.00 | 0.00 | | 5,500.00 | FA |
| 9. Computer, printer, fax, copier and desk<br>Listed on Sch. B. | 1,500.00 | 0.00 | | 250.00 | FA |
| 10. Various Lanscaping Equipment<br>Listed on Sch. B. | 15,000.00 | 0.00 | | 29,298.00 | FA |
| 11. 2010 Federal Tax Refund (u)<br>Corporate 2010 Tax Refund | 1,031.00 | 1,031.00 | | 1,031.00 | FA |
| 12. VOID | Unknown | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.05 | Unknown |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 10-55699 BWB Judge: BRUCE W. BLACK
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Trustee Name: Peter N. Metrou, Trustee
Date Filed (f) or Converted (c): 12/17/10 (f)
341(a) Meeting Date: 01/10/11
Claims Bar Date: 06/13/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $80,331.00 | $113,170.98 | | $161,233.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired Accountant to do final tax returns; returns mailed 12-31-12; awaiting prompt determination responses from IRS and Illinois

Initial Projected Date of Final Report (TFR): 12/17/11 Current Projected Date of Final Report (TFR): 03/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

Case No: 10-55699 -BWB
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Taxpayer ID No: *******7562
For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9165 Money Market Account

Blanket Bond (per case limit): $ 60,894,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/11 | 2 | HHRC, LLC<br>P.O. Box 274<br>Winnetka, IL 60093-0274 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #1094 | 1121-000 | 100.00 | | 100.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL 60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031334794 | 1121-000 | 200.00 | | 300.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX 77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009453492 | 1121-000 | 450.00 | | 750.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL 60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031331990 | 1121-000 | 950.00 | | 1,700.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX 77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009398874 | 1121-000 | 980.00 | | 2,680.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL 60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031324066 | 1121-000 | 1,460.00 | | 4,140.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL 60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031327216 | 1121-000 | 1,480.00 | | 5,620.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX 77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009377095 | 1121-000 | 2,075.00 | | 7,695.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,695.02 |
| 04/05/11 | 1 | JRK Landscaping & Lawn Service, Inc.<br>14433 Lamon Ct.<br>Midlothian, IL 60445 | Accounts Recievables and Bank Account Balance.<br>DEPOSIT CHECK #5493<br>Memo Amount: 57,726.80 | 1129-000 | 94,957.05 | | 102,652.07 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 102,652.07 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-55699 -BWB
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Taxpayer ID No: *******7562
For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9165 Money Market Account

Blanket Bond (per case limit): $ 60,894,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Balance of Bank account as of date | | | | |
| | | | Balance of Bank account as of date of filing | | | | |
| | 2 | | Memo Amount: 37,230.25 | 1121-000 | | | |
| | | | Collection of Accounts recievables | | | | |
| | | | Collection of Accounts recievables by debtor | | | | |
| 04/29/11 | 2 | Republic Services, Inc.<br>c/o Awin Mgmt Inc., c/o Allied Waste Ser<br>18500 N Allied Way<br>Pheonix, AZ 85054 | Accounts receivable received from Debtor on 4-29-2011.<br>DEPOSIT CHECK #5939522 | 1121-000 | 22.01 | | 102,674.08 |
| 04/29/11 | 1 | First Midest Bank<br>Austin, TX | Final corporate checking account balance-account closed.<br>DEPOSIT CHECK #100310031 | 1129-000 | 54.62 | | 102,728.70 |
| 04/29/11 | 11 | United States Treasury<br>Austin, TX | Corporate Tax refund for 2010.<br>DEPOSIT CHECK #63817138 | 1224-000 | 1,031.00 | | 103,759.70 |
| 04/29/11 | 2 | Sears Holdings Management Corp<br>480 Eagle Nest Dr.<br>Chesterton, IN 46304 | Accounts Receivable received on 4-29-2011 from principal of Debtor.<br>DEPOSIT CHECK #031346702 | 1121-000 | 3,205.50 | | 106,965.20 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.11 | | 106,967.31 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.70 | | 106,970.01 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.87 | | 106,970.88 |
| 07/05/11 | 6 | Ally Bank<br>P.O. Box 380902<br>Bloomington, MN 55438 | Check turned over by Debtor due to excess funds after bank sale on auto repossession of 2006 Chevy Silverado.<br>DEPOSIT CHECK #0000330814 | 1129-000 | 4,205.80 | | 111,176.68 |
| 07/05/11 | | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Gross Proceeds from auction of various assets of estate.<br>DEPOSIT CHECK #4652 | | 50,048.00 | | 161,224.68 |
| | 3 | | Memo Amount: 1,400.00<br>Sold at Auction | 1129-000 | | | |

| | Page Subtotals | 58,572.61 | 0.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No: 10-55699 -BWB
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Taxpayer ID No: *******7562
For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9165 Money Market Account

Blanket Bond (per case limit): $ 60,894,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | 4 | | Memo Amount: 1,100.00 | 1129-000 | | | |
| | 7 | | Memo Amount: 12,500.00 | 1129-000 | | | |
| | 8 | | Memo Amount: 5,500.00 | 1129-000 | | | |
| | 9 | | Memo Amount: 250.00 | 1129-000 | | | |
| | 10 | | Memo Amount: 29,298.00 | 1129-000 | | | |
| 07/14/11 | 001001 | First Midwest Bank, N.A.<br>300 North Hunt Club Rd.<br>Gurnee, IL 60031 | Secured lien for sale of 2006 Chevy dump truck pursuant to court order and sold at auction | 4210-000 | | 7,948.51 | 153,276.17 |
| 07/14/11 | 001002 | AFM Properties<br>8908 South Harlem Ave.<br>Bridgeview, IL 60455 | Administrative expense for use and occupancy of 8917 S. Odell, Bridgeview IL paid pursuant to court order | 2410-000 | | 3,470.00 | 149,806.17 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.24 | | 149,807.41 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.83 | 149,624.58 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.26 | | 149,625.84 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 348.49 | 149,277.35 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.50 | 149,287.85 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.22 | | 149,289.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 306.74 | 148,982.33 |
| 10/24/11 | 001003 | American Auction Associates, Inc.<br>8515 South Thomas Avenue<br>Bridgeview, IL 60455 | Payment to Auctioneer for expenses - court order dated 1-14-2011 | 2500-000 | | 4,881.79 | 144,100.54 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.24 | | 144,101.78 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 294.92 | 143,806.86 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.17 | | 143,808.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 315.23 | 143,492.80 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.21 | | 143,494.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 294.84 | 143,199.17 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.01 | | 143,200.18 |
| 01/27/12 | | Transfer to Acct #*******4067 | Bank Funds Transfer | 9999-000 | | 143,200.18 | 0.00 |
| | | | | Page Subtotals | 8.35 | 161,233.03 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-55699 -BWB
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Taxpayer ID No: *******7562
For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9165 Money Market Account

Blanket Bond (per case limit): $ 60,894,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: 145,005.05 | COLUMN TOTALS | 161,233.03 | 161,233.03 | 0.00 |
| Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | 0.00 | 143,200.18 | |
| | Subtotal | 161,233.03 | 18,032.85 | |
| Memo Allocation Net: 145,005.05 | Less: Payments to Debtors | | 0.00 | |
| | Net | 161,233.03 | 18,032.85 | |

Page Subtotals 0.00 0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-55699 -BWB
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC

Taxpayer ID No: *******7562
For Period Ending: 12/31/12

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******4067 Checking Account

Blanket Bond (per case limit): $ 60,894,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******9165 | Bank Funds Transfer | 9999-000 | 143,200.18 | | 143,200.18 |
| 12/31/12 | 001001 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Final State of Illinois Tax Return | 2820-000 | | 817.00 | 142,383.18 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 143,200.18 | 817.00 | 142,383.18 |
| Less: Bank Transfers/CD's | 143,200.18 | 0.00 | |
| Subtotal | 0.00 | 817.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 817.00 | |

| | |
|---|---|
| Total Allocation Receipts: | 145,005.05 |
| Total Allocation Disbursements: | 0.00 |
| Total Memo Allocation Net: | 145,005.05 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9165 | 161,233.03 | 18,032.85 | 0.00 |
| Checking Account - ********4067 | 0.00 | 817.00 | 142,383.18 |
| | 161,233.03 | 18,849.85 | 142,383.18 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 143,200.18 817.00

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-55699
Case Name: JRK LANDSCAPING & LAWN SERVICE, INC
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 138,261.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FIRST MIDWEST BANK | $ 63,572.30 | $ 63,572.30 | $ 0.00 | $ 63,503.10 |
| 000003 | FIRST MIDWEST BANK | $ 33,177.77 | $ 33,177.77 | $ 0.00 | $ 33,141.65 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 96,644.75 |
| Remaining Balance | $ | 41,616.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 9,998.09 | $ 0.00 | $ 9,998.09 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 55.73 | $ 0.00 | $ 55.73 |
| Other: American Auction Associates, Inc. | $ 4,881.79 | $ 4,881.79 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 10,053.82 |
| Remaining Balance | $ | 31,562.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,291.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | EMC Insurance Companies | $ 5,291.29 | $ 0.00 | $ 5,291.29 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,291.29 |
| Remaining Balance | $ | 26,271.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,271.29 .***

***Said surplus is not going directly to the corporate debtor. It will be paid to Peter N. Metrou, Trustee for Judith A. Banaszak and Kenny Newton-John, case number 10-55696, and be administered thereunder.