# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | § § |
| JRK LANDSCAPING & LAWN SERVICE, INC | § § Case No. 10-55699 |
| Debtor(s) | § § |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/11/2013            By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| JRK LANDSCAPING & LAWN § | Case No. 10-55699 |
| SERVICE, INC § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 161,233.03 |
| and approved disbursements of | $ | 22,971.88 |
| leaving a balance on hand of[1] | $ | 138,261.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FIRST MIDWEST BANK | $ 63,572.30 | $ 63,572.30 | $ 0.00 | $ 63,572.30 |
| 000003 | FIRST MIDWEST BANK | $ 33,177.77 | $ 33,177.77 | $ 0.00 | $ 33,177.77 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 96,750.07 |
| Remaining Balance | $ 41,511.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 10,005.82 | $ 0.00 | $ 10,005.82 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 55.73 | $ 0.00 | $ 55.73 |
| Other: American Auction Associates, Inc. | $ 4,881.79 | $ 4,881.79 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses   $   10,061.55

Remaining Balance   $   31,449.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,291.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | EMC Insurance Companies | $ 5,291.29 | $ 0.00 | $ 5,291.29 |

Total to be paid to timely general unsecured creditors   $   5,291.29

Remaining Balance   $   26,158.24

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 41.66. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,116.58 . ✶✶✶

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

***Said surplus is not going directly to the corporate debtor. It will be paid to Peter N. Metrou, Trustee for Judith A. Banaszak and Kenny Newton-John, case number 10-55696, and be administered thereunder.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-55699-BWB
JRK Landscaping & Lawn Service, Inc., a                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2         Date Rcvd: Jul 12, 2013
                              Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2013.
```
db          +JRK Landscaping & Lawn Service, Inc., a Corporatio,    21453 S 80th Avenue,
              Frankfort, IL 60423-9184
16560807    +AFM Properties,    8908 S Harlem Ave,    Bridgeview, IL 60455-1909
16560809    +American Eagle Security,    6844 W 95th Street,    Oak Lawn, IL 60453-2074
16560810     Assurant Health,    501 W Michigan St,   PO Box 3050,    Milwaukee, WI  53201-3050
17366576    +EMC Insurance Companies,    1815 S Meyers Rd,    Suite 500,    Oakbrook Terrace, IL 60181-5214
16560811     EMC Insurance Company,    PO Box 219225,    Kansas City, MO  64121-9225
16560813    +JRK Landscaping & Lawn Service, Inc,    21453 S 80th Avenue,    Frankfort, IL 60423-9184
16560814    +Juan P Aguirre and Hugo Campo,    c/o Rivas & Becerra,    122 S Michigan, Suite 1850,
              Chicago, IL 60603-6140
16560815    +K-Mart,    840 Plainfield,   Willowbrook, IL 60527-5396
16560817    +K-Mart Unit #4381,    7325 W 79th Street,    Bridgeview, IL 60455-1581
16858452     Northstar Aerospace-Chicago,    6006 W 73rd Street,    Bedford Park, IL 60638-6106
16560818    +Oak Forest Park District,    15601 S Central Ave,    Oak Forest, IL 60452-3298
16560819    +Sears #1750,   Attn Bryon Hasenback,    2 Orland Square Dr,    Orland Park, IL 60462-3286
16560820    +Speedway,   Attn Customer Service Dept,    PO Box 1500,    Springfield, OH 45501-1500
16560822    +Village of Alsip,    4500 W 123rd Street,    Attn Rodger Farly,    Alsip, IL 60803-2599
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16560808     E-mail/Text: ally@ebn.phinsolutions.com Jul 13 2013 00:43:03     Ally Financial,    PO Box 380902,
              Bloomington, MN  55438-0902
17366575     E-mail/Text: legalcollections@comed.com Jul 13 2013 00:42:32     ComEd,    PO Box 6111,
              Carol Stream, IL 60197-6111
18981123    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 13 2013 00:44:28     FIRST MIDWEST BANK,
              300 NORTH HUNT CLUB ROAD,    GURNEE, IL 60031-2502
16560812     E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 13 2013 00:44:28     First Midwest Bank,
              PO Box 9003,    Gurnee, IL  60031-9003
17366577    +E-mail/Text: bankrup@aglresources.com Jul 13 2013 00:41:37     Nicor Gas,    PO Box 0632,
              Aurora, IL 60507-0632
16560821     Fax: 866-419-3894 Jul 13 2013 02:04:42     US Cellular,    Dept 0203,    Palatine, IL  60055-0203
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16560816    ##+K-Mart #3515,    11000 S Cicero Ave,    Oak Lawn, IL 60453-5504
                                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Jul 12, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:

```
              Christopher H Purcell    on behalf of Creditor    First Midwest Bank, N.A. shermlaw13@aol.com
              James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Thomas M Britt    on behalf of Debtor    JRK Landscaping & Lawn Service, Inc., a Corporation
               tmblawstf1@sbcglobal.net
                                                                                             TOTAL: 6
```