# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
JRK LANDSCAPING & LAWN                    §        Case No. 10-55699
SERVICE, INC                              §
                                          §
_____Debtor(s)_____§_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee
_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Various accounts receivables | 1121-000 | 48,152.76 |
| Checking Account with First Midwest Bank | 1129-000 | 57,781.42 |
| 1999 Chevy 2500 | 1129-000 | 1,400.00 |
| 2001 Ford F-150 | 1129-000 | 1,100.00 |
| 2006 Chevy Silverado | 1129-000 | 4,205.80 |
| 2006 F3500 1.5 Ton Dump Truck Silverado | 1129-000 | 12,500.00 |
| 3 Trailers (2007 Amer, 2006 Winston, 2005 Amer) | 1129-000 | 5,500.00 |
| Computer, printer, fax, copier and desk | 1129-000 | 250.00 |
| Various Lanscaping Equipment | 1129-000 | 29,298.00 |
| 2010 Federal Tax Refund | 1224-000 | 1,031.00 |
| Post-Petition Interest Deposits | 1270-000 | 14.05 |
| **TOTAL GROSS RECEIPTS** | | $ 161,233.03 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JRK LANDSCAPING & LAWN SERVICE, INC | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIRST MIDWEST BANK | | | | | |
| 000003 | FIRST MIDWEST BANK | | | | | |
| | First Midwest Bank, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| AFM Properties | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| ILLINOIS DEPT OF REVENUE | | | | | |
| KATHRYN HUMECKI AND ASSOCIATES | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 AFM Properties 8908 S Harlem Ave Bridgeview IL 60455 | | | | | |
| | Creditor # :10 Sears #1750 Attn: Bryon Hasenback 2 Orland Square Dr Orland Park IL 60462 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :11 Speedway Attn: Customer Service Dept PO Box 1500 Springfield OH 45501 | | | | | |
| | Creditor # :12 US Cellular Dept 0203 Palatine IL 60055-0203 | | | | | |
| | Creditor # :13 Village of Alsip 4500 W 123rd Street Attn: Rodger Farly Alsip IL 60803 | | | | | |
| | Creditor # :2 American Eagle Security 6844 W 95th Street Oak Lawn IL 60453 | | | | | |
| | Creditor # :3 Assurant Health 501 W Michigan St PO Box 3050 Milwaukee WI 53201-3050 | | | | | |
| | Creditor # :5 Juan P Aguirre and Hugo Campo c/o Rivas & Becerra 122 S Michigan, Suite 1850 Chicago IL 60603 | | | | | |
| | Creditor # :6 K-Mart 840 Plainfield Willowbrook IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 K-Mart #3515 11000 S Cicero Ave Oak Lawn IL 60453 | | | | | |
| | Creditor # :8 K-Mart Unit #4381 7325 W 79th Street Bridgeview IL 60455 | | | | | |
| | Creditor # :9 Oak Forest Park District 15601 S Central Ave Oak Forest IL 60452 | | | | | |
| 000001 | EMC INSURANCE COMPANIES | | | | | |
| | EMC INSURANCE COMPANIES | | | | | |
| | JRK LANDSCAPING & LAWN SERVICE, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-55699   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JRK LANDSCAPING & LAWN SERVICE, INC | Date Filed (f) or Converted (c): 12/17/10 (f) |
| | 341(a) Meeting Date: 01/10/11 |
| For Period Ending: 11/26/13 | Claims Bar Date: 06/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account with First Midwest Bank | 3,000.00 | 57,781.42 | | 57,781.42 | FA |
|    Listed on Sch. B | | | | | |
| 2. Various accounts receivables | 30,000.00 | 48,152.76 | | 48,152.76 | FA |
|    Listed on Sch. B. and other accounts receivables collected that were not listed. | | | | | |
| 3. 1999 Chevy 2500 | 1,000.00 | 1,000.00 | | 1,400.00 | FA |
|    Listed on Sch. B. | | | | | |
| 4. 2001 Ford F-150 | 1,000.00 | 1,000.00 | | 1,100.00 | FA |
|    Listed on Sch. B. | | | | | |
| 5. 2005 Ford Escape | 6,000.00 | 0.00 | | 0.00 | FA |
|    Listed on Sch. B. | | | | | |
| 6. 2006 Chevy Silverado | 10,000.00 | 4,205.80 | | 4,205.80 | FA |
|    Funds turned over to estate after auction of vehicle by creditor. | | | | | |
| 7. 2006 F3500 1.5 Ton Dump Truck Silverado | 8,800.00 | 0.00 | | 12,500.00 | FA |
|    Listed on Sch. B. | | | | | |
| 8. 3 Trailers (2007 Amer, 2006 Winston, 2005 Amer) | 3,000.00 | 0.00 | | 5,500.00 | FA |
|    Listed on Sch. B. | | | | | |
| 9. Computer, printer, fax, copier and desk | 1,500.00 | 0.00 | | 250.00 | FA |
|    Listed on Sch. B. | | | | | |
| 10. Various Lanscaping Equipment | 15,000.00 | 0.00 | | 29,298.00 | FA |
|    Listed on Sch. B. | | | | | |
| 11. 2010 Federal Tax Refund (u) | 1,031.00 | 1,031.00 | | 1,031.00 | FA |
|    Corporate 2010 Tax Refund | | | | | |
| 12. VOID | Unknown | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.05 | Unknown |

LFORM1

Ver: 17.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

Case No:     10-55699     BWB   Judge: BRUCE W. BLACK

Case Name:   JRK LANDSCAPING & LAWN SERVICE, INC

Trustee Name:     Peter N. Metrou, Trustee

Date Filed (f) or Converted (c):   12/17/10 (f)

341(a) Meeting Date:   01/10/11

Claims Bar Date:   06/13/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $80,331.00 | $113,170.98 |   | $161,233.03 | $0.00 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 7-9-13

Hired Accountant to do final tax returns; returns mailed 12-31-12; awaiting prompt determination responses from IRS and
Illinois

Initial Projected Date of Final Report (TFR): 12/17/11        Current Projected Date of Final Report (TFR): 03/31/13

FORM 2                                                                                           Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-55699  -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9165  Money Market Account |
| Taxpayer ID No: | *******7562 | | | |
| For Period Ending: | 11/26/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/11 | 2 | HHRC, LLC<br>P.O. Box 274<br>Winnetka, IL  60093-0274 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #1094 | 1121-000 | 100.00 | | 100.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL  60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031334794 | 1121-000 | 200.00 | | 300.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX  77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009453492 | 1121-000 | 450.00 | | 750.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL  60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031331990 | 1121-000 | 950.00 | | 1,700.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX  77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009398874 | 1121-000 | 980.00 | | 2,680.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL  60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031324066 | 1121-000 | 1,460.00 | | 4,140.00 |
| 03/17/11 | 2 | Sears Holdings Management Corporation<br>1334 E. 79th St.<br>Chicago, IL  60619 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #031327216 | 1121-000 | 1,480.00 | | 5,620.00 |
| 03/17/11 | 2 | WM Waste Management<br>P.O. Box 3027<br>Houston, TX  77253-3027 | Turnover of Accounts Receivable.<br>Case No. 10-55699<br>DEPOSIT CHECK #0009377095 | 1121-000 | 2,075.00 | | 7,695.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,695.02 |
| 04/05/11 | | JRK Landscaping & Lawn Service, Inc.<br>14433 Lamon Ct.<br>Midlothian, IL  60445 | Accounts Recievables and Bank Account Balance.<br>DEPOSIT CHECK #5493 | | 94,957.05 | | 102,652.07 |
| | 1 | | Memo Amount:          57,726.80 | 1129-000 | | | |

Page Subtotals          102,652.07          0.00

Ver: 17.04

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

# FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55699  -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9165  Money Market Account |
| Taxpayer ID No: | *******7562 | | |
| For Period Ending: | 11/26/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 2 | | Balance of Bank account as of date<br>Balance of Bank account as of date of filing<br>  Memo Amount:          37,230.25<br>Collection of Accounts recievables<br>Collection of Accounts recievables by debtor | 1121-000 | | | |
| 04/29/11 | 2 | Republic Services, Inc.<br>c/o Awin Mgmt Inc., c/o Allied Waste Ser<br>18500 N Allied Way<br>Pheonix, AZ  85054 | Accounts receivable received from Debtor on 4-29-2011.<br>DEPOSIT CHECK #5939522 | 1121-000 | 22.01 | | 102,674.08 |
| 04/29/11 | 1 | First Midest Bank<br>Austin, TX | Final corporate checking account balance-account closed.<br>DEPOSIT CHECK #100310031 | 1129-000 | 54.62 | | 102,728.70 |
| 04/29/11 | 11 | United States Treasury<br>Austin, TX | Corporate Tax refund for 2010.<br>DEPOSIT CHECK #63817138 | 1224-000 | 1,031.00 | | 103,759.70 |
| 04/29/11 | 2 | Sears Holdings Management Corp<br>480 Eagle Nest Dr.<br>Chesterton, IN  46304 | Accounts Receivable received on 4-29-2011 from principal of Debtor.<br>DEPOSIT CHECK #031346702 | 1121-000 | 3,205.50 | | 106,965.20 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.11 | | 106,967.31 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.70 | | 106,970.01 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.87 | | 106,970.88 |
| 07/05/11 | 6 | Ally Bank<br>P.O. Box 380902<br>Bloomington, MN  55438 | Check turned over by Debtor due to excess funds after bank sale on auto repossession of 2006 Chevy Silverado.<br>DEPOSIT CHECK #0000330814 | 1129-000 | 4,205.80 | | 111,176.68 |
| 07/05/11 | | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL  60455 | Gross Proceeds from auction of various assets of estate.<br>DEPOSIT CHECK #4652 | | 50,048.00 | | 161,224.68 |
| | 3 | | Memo Amount:          1,400.00<br>Sold at Auction | 1129-000 | | | |

Page Subtotals    58,572.61    0.00

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-55699  -BWB |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC |
| | |
| Taxpayer ID No: | *******7562 |
| For Period Ending: | 11/26/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******9165  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 4 | | Memo Amount:          1,100.00 | 1129-000 | | | |
| | 7 | | Memo Amount:        12,500.00 | 1129-000 | | | |
| | 8 | | Memo Amount:          5,500.00 | 1129-000 | | | |
| | 9 | | Memo Amount:             250.00 | 1129-000 | | | |
| | 10 | | Memo Amount:        29,298.00 | 1129-000 | | | |
| 07/14/11 | 001001 | First Midwest Bank, N.A. 300 North Hunt Club Rd. Gurnee, IL  60031 | Secured lien for sale of 2006 Chevy dump truck pursuant to court order and sold at auction | 4210-000 | | 7,948.51 | 153,276.17 |
| 07/14/11 | 001002 | AFM Properties 8908 South Harlem Ave. Bridgeview, IL  60455 | Administrative expense for use and occupancy of 8917 S. Odell, Bridgeview IL paid pursuant to court order | 2410-000 | | 3,470.00 | 149,806.17 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.24 | | 149,807.41 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.83 | 149,624.58 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.26 | | 149,625.84 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 348.49 | 149,277.35 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.50 | 149,287.85 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.22 | | 149,289.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 306.74 | 148,982.33 |
| 10/24/11 | 001003 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL  60455 | Payment to Auctioneer for expenses - court order dated 1-14-2011 | 2500-000 | | 4,881.79 | 144,100.54 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.24 | | 144,101.78 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 294.92 | 143,806.86 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.17 | | 143,808.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 315.23 | 143,492.80 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.21 | | 143,494.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 294.84 | 143,199.17 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.01 | | 143,200.18 |
| 01/27/12 | | Transfer to Acct #*******4067 | Bank Funds Transfer | 9999-000 | | 143,200.18 | 0.00 |

Page Subtotals                    8.35            161,233.03

Ver: 17.04

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-55699 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9165  Money Market Account |
| Taxpayer ID No: | *******7562 | | | |
| For Period Ending: | 11/26/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 145,005.05 | COLUMN TOTALS | | 161,233.03 | 161,233.03 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 143,200.18 | |
| | | | | Subtotal | | 161,233.03 | 18,032.85 | |
| | | Memo Allocation Net: | 145,005.05 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 161,233.03 | 18,032.85 | |

Page Subtotals                0.00                0.00

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 6B

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-55699  -BWB |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC |
| Taxpayer ID No: | *******7562 |
| For Period Ending: | 11/26/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4067  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******9165 | Bank Funds Transfer | 9999-000 | 143,200.18 | | 143,200.18 |
| 12/31/12 | 001001 | Illinois Dept of Revenue | Final State of Illinois Tax Return | 2820-000 | | 817.00 | 142,383.18 |
| | | P.O. Box 19053 | | | | | |
| | | Springfield, IL 62794-9053 | | | | | |
| 02/07/13 | 001002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | 139.31 | 142,243.87 |
| | | SUITE 420 | BOND#016026455 | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/13 | 001003 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 20-4427562 | 2810-000 | | 98.04 | 142,145.83 |
| | | PO BOX 19006 | ACCOUNT ID 05167-54944  REPORTING PERIOD | | | | |
| | | SPRINGFIELD, IL 62794-9006 | 12/11 PENALTY | | | | |
| 02/11/13 | 001004 | KATHRYN HUMECKI AND ASSOCIATES | INV#3350 | 3410-000 | | 2,668.00 | 139,477.83 |
| | | 20180 GOVERNORS HIGHWAY | ACCOUNTANT FEES - FINAL TAX RETURNS | | | | |
| | | SUITE 204 | | | | | |
| | | OLYMPIA FIELDS, IL 60461 | | | | | |
| 02/14/13 | 001005 | INTERNAL REVENUE SERVICE | FEIN 20-4427562 TAX PERIOD 12/11 | 2810-000 | | 780.00 | 138,697.83 |
| | | CINCINNATI, OH 45999-0039 | PENALTY | | | | |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 147.25 | 138,550.58 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 | | 142.45 | 138,408.13 |
| 06/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 146.98 | 138,261.15 |
| 08/20/13 | 001006 | PETER N METROU | Chapter 7 Compensation/Expense | | | 10,061.55 | 128,199.60 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees          10,005.82 | 2100-000 | | | |
| | | | Expenses          55.73 | 2200-000 | | | |
| 08/20/13 | 001007 | EMC Insurance Companies | Claim 000001, Payment 100.13267% | | | 5,298.31 | 122,901.29 |
| | | 1815 S Meyers Rd | | | | | |

Page Subtotals          143,200.18          20,298.89

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2   Page: 6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-55699  -BWB |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC |
| | |
| Taxpayer ID No: | *******7562 |
| For Period Ending: | 11/26/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4067  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500 Oakbrook Terrace, IL 60181 | | | | | |
| | | | Claim 5,291.29 | 7100-000 | | | |
| | | | Interest 7.02 | 7990-000 | | | |
| 08/20/13 | 001008 | JRK LANDSCAPING & LAWN SERVICE, INC 21453 S 80TH AVENUE FRANKFORT, IL  60423 | Surplus Funds | | | 26,151.22 | 96,750.07 |
| | | | Claim 26,116.58 | 8200-002 | | | |
| | | | Interest 34.64 | 7990-000 | | | |
| 08/20/13 | 001009 | FIRST MIDWEST BANK 300 NORTH HUNT CLUB ROAD GURNEE, IL 60031 | Claim 000002, Payment 100.00000% | 4110-000 | | 63,572.30 | 33,177.77 |
| 08/20/13 | 001010 | FIRST MIDWEST BANK 300 NORTH HUNT CLUB ROAD GURNEE, IL 60031 | Claim 000003, Payment 100.00000% | 4110-000 | | 33,177.77 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 143,200.18 | 143,200.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 143,200.18 | 0.00 | |
| | | Subtotal | 0.00 | 143,200.18 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 26,151.22 | |
| | | Net | 0.00 | 117,048.96 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 145,005.05 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******9165 | 161,233.03 | 18,032.85 | 0.00 |
| | | Checking Account - *******4067 | 0.00 | 117,048.96 | 0.00 |
| Total Memo Allocation Net: | 145,005.05 | | --------------- | --------------- | --------------- |
| | | | 161,233.03 | 135,081.81 | 0.00 |
| | | | =========== | =========== | =========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     122,901.29

Ver: 17.04

FORM 2                                                                                                                        Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                            Exhibit 9

| Case No: | 10-55699  -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JRK LANDSCAPING & LAWN SERVICE, INC | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4067  Checking Account |
| Taxpayer ID No: | *******7562 | | | |
| For Period Ending: | 11/26/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********9165
Checking Account - ********4067

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*